**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sturlee BROWN, III, Defendant–**
**Appellant.**

**No. 08–15747**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2009.

Sturlee Brown, III, Coleman, FL, pro se.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge,
TJOFLAT and PRYOR, Circuit Judges.

PER CURIAM:

John E. Fernandez, appointed counsel for Sturlee Brown, III, in this direct crimi-

nal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Brown's conviction and sentence are **AFFIRMED.**